# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANDREW NAPOSKI,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>D. ADAMS,<br><br>　　　　　Respondent. | Case No. SA CV 16-00391 VBF (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

Dated: March 7, 2017

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE